## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| **STANDARD RETIREMENT SERVICES, INC.,** | : | |
| | : | |
| | : | Case No. 5:14-cv-00026-DCR |
| **Plaintiff**, | : | |
| | : | Judge Danny Reeves |
| v. | : | |
| | : | **CORPORATE DISCLOSURE** |
| **KENTUCKY BANCSHARES, INC.**, *et al.* | : | **STATEMENT OF STANDARD** |
| | : | **RETIREMENT SERVICES, INC.** |
| | : | |
| **Defendants**. | : | |

Pursuant to Federal Rule of Civil Procedure 7.1, Standard Retirement Services, Inc. states that the nongovernmental corporate party, Standard Retirement Services, Inc., in the above-listed civil action has the following parent corporation and publicly held corporation that owns 10% or more of its stock: StanCorp Financial Group, Inc.

Date: January 28, 2014                Respectfully submitted,

s/Jack F. Fuchs/
Jack F. Fuchs, Esq. (KBA No. 84302)
*Jack.Fuchs@ThompsonHine.com*
THOMPSON HINE LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio  45202
513.352.6700 (Telephone)
513.241.4771 (Facsimile)

Attorneys for Defendant
Standard Retirement Services, Inc.

**<u>CERTIFICATE OF SERVICE</u>**

       I hereby certify that a copy of the foregoing will be served via personal service beginning or after this 28th day of January, 2014 on the following:

       **KENTUCKY BANCSHARES, INC.**,
       c/o Louis Prichard, agent for service,
       339 Main Street
       Paris, KY 40361,

       **STOLL KEENON OGDEN PLLC**,
       c/o SKO – Lexington Services, LLC,
       agent for service
       300 W. Vine Street, Suite 2100
       Lexington, KY 40507-1801,

       and

       **SHARON MATTINGLY, ESQ.**,
       c/o Stoll Keenon Ogden PLLC
       500 West Jefferson Street
       2000 PNC Plaza
       Louisville, KY 40202-2828.

                                        s/Jack F. Fuchs