UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON
*ELECTRONICALLY FILED*

|  |  |
|---|---|
| **STANDARD RETIREMENT SERVICES, INC.,** | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | Civil Case No. 5:14-cv-00026 ) ) |
| **KENTUCKY BANCSHARES, INC., STOLL KEENON OGDEN PLLC, SHARON MATTINGLY, ESQ.** | ) ) ) ) |
| Defendants. | ) ) |

## KENTUCKY BANCSHARES, INC.'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Kentucky Bancshares, Inc., by counsel, certifies that it has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

Respectfully submitted,

/s/ Barbara B. Edelman
Barbara B. Edelman
John R. Rhorer
MacKenzie Mayes Walter
DINSMORE & SHOHL LLP
250 West Main Street, Suite 1400
Lexington, Kentucky 40507
(859) 425-1000 (Phone)
(859) 425-1099 (Fax)
*Counsel for Defendant,*
*Kentucky Bancshares, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that I electronically filed the foregoing Rule 7.1 Disclosure Statement through the ECF system on this 24th day of February, 2014, which will serve a copy upon:

Jack F. Fuchs, Esq.
THOMPSON HINE LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
Jack.Fuchs@ThompsonHine.com
*Counsel for Standard Retirement Services, Inc.*

  I also certify that the foregoing Rule 7.1 Disclosure Statement was served by U.S. mail, postage pre-paid, upon the following:

Robert F. Houlihan, Jr.
ELLIOTT, HOULIHAN & SKIDMORE, LLP
200 W. Vine Street
Suite 810
Lexington, KY 40507

            /s/ Barbara B. Edelman
            Barbara B. Edelman
            John R. Rhorer
            MacKenzie Mayes Walter
            DINSMORE & SHOHL LLP
            250 West Main Street, Suite 1400
            Lexington, Kentucky 40507
            (859) 425-1000 (Phone)
            (859) 425-1099 (Fax)
            *Counsel for Defendant,*
            *Kentucky Bancshares, Inc.*

550798v1