UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

| | |
|---|---|
| **STANDARD RETIREMENT SERVICES, INC.** )<br> )<br>   Plaintiff )<br>V. )<br> )<br>**KENTUCKY BANCSHARES, INC.,** )<br>**STOLL KEENON OGDEN PLLC** )<br> )<br>**and** )<br> )<br>**SHARON MATTINGLY, ESQ.** )<br>   **Defendant** | **Civil Action No. 5:14-CV-00026** |

## STOLL KEENON OGDEN PLLC
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1, Defendant, Stoll Keenon Ogden PLLC, by counsel, certifies that it does not have a parent corporation and there is no publicly held corporation owning 10% or more of its stock.

    Respectfully submitted,

    /s/ Robert F. Houlihan, Jr.

    Elliott, Houlihan & Skidmore, LLP
    200 West Vine Street, Ste. 810
    Lexington, KY 40507
    Telephone: 859-280-2200
    Facsimile: 859-233-2704
    *Counsel for Stoll Keenon Ogden PLLC and*
    *Sharon Mattingly*

## CERTIFICATE OF SERVICE

This is to confirm that a copy of the foregoing was electronically filed on February 25, 2014. A true and accurate copy of the foregoing will be served electronically to designated CM/ECF participant counsel through the Court's electronic filing system.

/s/Robert F. Houlihan, Jr.

H:\STOLL KEENON OGDEN - KENTUCKY BANK\Pleadings\STD Dec Action\SKO's Rule 7.1 Disclosure Statement.docx